# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

MARVIN MUHAMMAD/SMITH,                                                                  PLAINTIFF
ADC #86280

v.                                          No. 5:10CV00024 JLH-HLJ

DAVIS WHITE, *et al*.                                                                   DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this 14th day of April, 2010.

_____
UNITED STATES DISTRICT JUDGE